No. 85–117. BAKER ET AL. v. GENERAL MOTORS CORP. ET AL. Sup. Ct. Mich. [Probable jurisdiction noted, 474 U. S. 899.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–227. SMALIS ET AL. v. PENNSYLVANIA. Sup. Ct. Pa. [Certiorari granted, 474 U. S. 944.] Motion of petitioners for divided argument denied. JUSTICE BRENNAN would grant this motion.

No. 85–236. EICHENLAUB v. YURKY ET AL. C. A. 3d Cir. [Certiorari granted, 474 U. S. 1049.] Motion for appointment of counsel granted, and it is ordered that David Rudovsky, Esquire, of Philadelphia, Pa., be appointed to serve as counsel for respondent David A. Yurky in this case.

No. 85–372. CHRISTENSEN ET AL. v. UNITED STATES. C. A. 9th Cir. Motion of petitioners to consolidate this case with No. 85–546, *United States* v. *Mottaz* [certiorari granted, 474 U. S. 994], denied.

No. 85–437. ARCARA, DISTRICT ATTORNEY OF ERIE COUNTY v. CLOUD BOOKS, INC., DBA VILLAGE BOOK & NEWS STORE, ET AL. Ct. App. N. Y. [Certiorari granted, 474 U. S. 978.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 85–519. RANDALL ET AL. v. LOFTSGAARDEN ET AL. C. A. 8th Cir. [Certiorari granted, 474 U. S. 978.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–530. O'CONNOR ET AL. v. ORTEGA. C. A. 9th Cir. [Certiorari granted, 474 U. S. 1018.] Joel I. Klein, Esquire, of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 85–558. O'CONNOR ET UX. v. UNITED STATES;
No. 85–559. COPLIN ET UX. v. UNITED STATES; and
No. 85–560. MATTOX ET UX. v. UNITED STATES. C. A. Fed. Cir. [Certiorari granted, 474 U. S. 1050.] Motion of petitioners to dispense with printing the joint appendix granted.